# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

February 10, 2010

#6921
$1.70

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

        RE:   VALYEAR, LYNNE A and fka Lynne Tino
        BK No.: 07-22863

Dear Clerk:

      Under FRBP 3010, enclosed please find a Trustee's check in the amount of $1.70, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 7 | Frontier Communications | $52.20 | 04/23/08 | $1.70 |
|   | Bankruptcy Dept<br>19 John St<br>Middletown, NY 10940 |   |   |   |

Sincerely,

Madeline M. Stolt
Paralegal

Encl.



FILED
FEB 10 2010
BANKRUPTCY COURT
ROCHESTER, NY


1600 Crossroads Building
Two State Street

585 232 3730
FAX 585 232 3882

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP


Case 2-07-22863-JCN    Doc 30    Filed 02/10/10    Entered 02/10/10 16:45:42    Desc Main
Document    Page 1 of 1